IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO: 2:14-cv-00036-D

| | |
|---|---|
| JONATHAN E. DAVENPORT,<br>                                  Plaintiff,<br><br>vs.<br><br>PASQUOTANK COUNTY SHERIFF'S DEPUTY SAM KEITH; PASQUOTANK COUNTY SHERIFF RANDY CARTWRIGHT; BILLY ROUGHTON; NORMAN W. SHEARIN, JR.; (FORMER) ASSISTANT DISTRICT ATTORNEY (FIRST JUDICIAL DISTRICT) DAVID L. CREDLE; (FORMER) ASSISTANT DISTRICT ATTORNEY (FIRST JUDICIAL DISTRICT) NANCY B. LAMB; PASQUOTANK COUNTY ATTORNEY RICHARD MICHAEL COX; DISTRICT ATTORNEY OFFICE (FIRST JUDICIAL DISTRICT); PASQUOTANK COUNTY SHERIFF'S OFFICE; DBW VENTURES (a partnership); SPECIAL AGENT/UNITED STATES DEPARTMENT OF TREASURY RODNEY T. DICKERSON; ASSISTANT UNITED STATES ATTORNEY J. GASTON B. WILLIAMS; and DISTRICT ATTORNEY (FIRST JUDICIAL DISTRICT) ROBERT ANDREW WOMBLE,<br><br>                                  Defendants. | **ORDER GRANTING DEFENDANT NORMAN W. SHEARIN, JR.'S MOTION TO DISMISS** |

THIS MATTER coming before the Court upon Defendant Norman W. Shearin, Jr.'s (hereinafter "Defendant Shearin") Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the basis that Plaintiff's Complaint fails to state a claim upon which relief can be granted and on the basis that Plaintiff's claims are barred by the statute of limitations; and

THE UNDERSIGNED having considered the Complaint, Defendant Shearin's Motion to Dismiss, Defendant Shearin's Memorandum in Support of Motion to Dismiss, Plaintiff's Response to Defendant Shearin's Motion to Dismiss and other submissions of the parties in this matter;

IT APPEARING to the Court that for good cause shown Defendant Shearin's Motion to Dismiss should be granted.

IT IS THEREFORE ORDERED ADJUDGED and DECREED that Defendant Shearin's Motion to Dismiss is hereby **GRANTED** and Plaintiff's claims against Defendant Shearin are dismissed with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This the **28** day of **October**, 2014.

*James Dever*
The Honorable James C. Dever III
Chief United States District Judge