IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-CV-36-D

JONATHAN EDMOND DAVENPORT, )
)
               Plaintiff, )
)
v. ) **ORDER**
)
PASQUOTANK COUNTY SHERIFF'S )
DEPUTY SAM KEITH, et al., )
)
               Defendants. )

On October 21, 2014, plaintiff filed a motion to amend his complaint [D.E. 121]. Plaintiff's motion to amend [D.E. 121] is GRANTED in part. Plaintiff may file an amended complaint concerning only defendants DBW Ventures and Billy Roughton. The amended complaint is due no later than January 20, 2015. The motions to dismiss of DBW Ventures [D.E. 64] and Billy Roughton [D.E. 83] are DISMISSED without prejudice. DBW Ventures and Roughton may respond to the amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3). The court reminds DBW Ventures that if DBW Ventures files a motion to dismiss the amended complaint, this court's local rules require a supporting memorandum of law.

SO ORDERED. This 8 day of January 2015.

                                                    JAMES C. DEVER III
                                                    Chief United States District Judge